No. 89–243. ELI LILLY & CO. *v.* MEDTRONIC, INC. C. A. Fed. Cir. [Certiorari granted, *ante*, p. 889.] Motion of Neuromedical Technologies, Inc., for leave to file a brief as *amicus curiae* granted. JUSTICE O'CONNOR took no part in the consideration or decision of this motion.

No. 89–255. UNITED STATES *v.* ENERGY RESOURCES CO., INC., ET AL. C. A. 1st Cir. [Certiorari granted, *ante*, p. 963.] Motion of the Solicitor General to dispense with printing the joint appendix granted.

No. 89–579. CHARTER CO. *v.* CERTIFIED CLASS IN THE CHARTER SECURITIES LITIGATION ET AL. C. A. 11th Cir. Motion of the parties to defer consideration of petition for writ of certiorari granted.

No. 89–5884. MILLER *v.* HALL. Ct. App. Cal., 2d App. Dist. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until January 2, 1990, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis*.

No. 89–656. IN RE GABRIEL INTERNATIONAL, INC. Petition for writ of mandamus denied.

No. 89–742. LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS *v.* YOUNGBLOOD. C. A. 5th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 88–7595. CHAMBLESS ET AL. *v.* UNITED STATES; and DIAZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Reported below: 869 F. 2d 822 (first case).